### Chicago & Alton Railroad Company, Use of, etc., v. J. F. Carlock.

1. COMMON CARRIERS—*Assignment of Freight Charges.*—This case follows the preceding case and is governed thereby.

Assumpsit, for freight charges. Appeal from the Circuit Court of McLean County; the Hon. THOMAS F. TIPTON, Judge, presiding. Heard in this court at the November term, 1896. Affirmed. Opinion filed February 25, 1897.

A. E. DE MANGE, attorney for appellant.

ROWELL, NEVILLE & LINDLEY and WILL & WHITMER, attorneys for appellee.

MR. JUSTICE WALL DELIVERED THE OPINION OF THE COURT.

The question here is the same as in the preceding case. For the reason there stated the judgment will be affirmed.